WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-98-00466-PHX-SMM |
| Plaintiff, | |
| vs. | |
| Armando Edward Garcia, | **ORDER** |
| Defendant. | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on January 20, 2010.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

1 | **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 | court.
3 | DATED this 25th day of January, 2010.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge